IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

KEVIN CHRISTOPHER HANDSAKER,       )
                                   )
            Plaintiff,             )
                                   )
v.                                 )
                                   )
TEXAS CIVIL COMMITMENT CENTER,     )
                                   )
            Defendant.             )   Civil Action No. 5:19-CV-200-C-BQ

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Plaintiff's Complaint and all claims therein should be dismissed with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B). Plaintiff has failed to file objections and the time to do so has now expired.

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Plaintiff's Complaint is hereby **DISMISSED** with prejudice under 28 U.S.C. § 1915(e)(2)(B).

SO ORDERED this 8th day of June, 2020.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE